# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| THE STATE OF GEORGIA<br><br>*Plaintiff-Appellee,*<br><br>versus<br><br>JEFFREY BOSSERT CLARK,<br><br>*Defendant-Appellant* | Case No. 23-13368<br><br>On Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division,<br><br>No. 1:23-v-3721-SCJ |

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISLOSURE STATEMENT

To the best of Appellant's knowledge, no associations of persons, partnerships, or corporations have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock.

The following is a list, in alphabetical order, of all trial judges, attorneys, law firms, and persons with an interest in this appeal by virtue of their appearance in the underlying criminal matter in Fulton Suprerior Court:

1. Alksne, Cynthia, *amicus* below

2. Anulewicz, Christopher Scott, attorney for Robert David Cheeley

3. Arora, Manubir, attorney for Kenneth John Chesebro

4. Aul, Francis, attorney for Mark R. Meadows

Exhibit A

5. Ayer, Donald B., *amicus* below

6. Barron, Lynsey M., attorney for Scott Graham Hall

7. Beckermann, Wayne R., attorney for Robert David Cheeley

8. Bernard, Catherine S., attorney for Defendant Jeffrey B. Clark

9. Bever, Thomas Dean, attorney for Shawn Micah Tresher Still

10. Bittman, Robert, attorney for Mark R. Meadows

11. Bondurant Mixson & Elmore LLP

12. Carr, Christopher M., Attorney General of the State of Georgia

13. Cheeley, Robert David, Defendant in Georgia v. Trump

14. Chemerinsky, Erwin, *amicus* below

15. Chesebro, Kenneth John, Defendant in Georgia v. Trump

16. Christenson, David Andrew, *pro se*, denied intervention below

17. Clark, Jeffrey Bossert, Defendant in Georgia v. Trump

18. Cohen, Darryl B., attorney for Trevian C. Kutti

19. Copeland, Amy, *amicus* below

20. Cromwell, William Grant, attorney for Cathleen Alston Latham

21. Cross, Anna Green, Fulton County District Attorney's Office

22. Cross Kincaid LLC

23. Durham, James D., attorney for Mark R. Meadows in Georgia v. Trump

24. Eastman, John Charles, Defendant in Georgia v. Trump

25. Ellis, Jenna Lynn, Defendant in Georgia v. Trump

26. Englert, Joseph Matthew, attorney for Mark R. Meadows

27. Farmer, John J. Jr., *amicus* below

28. Floyd, Harrison William Prescott, Defendant in Georgia v. Trump

29. Floyd, John Earl, Fulton County District Attorney's Office

30. Francisco, Michael Lee, attorney for Mark R. Meadows

31. Fried, Charles A., *amicus* below

32. Fulton County District Attorney's Office

33. Gerson, Stuart M., *amicus* below

34. Gillen, Craig A., attorney for David James Shafer

35. Giuliani, Rudolph William Louis, Defendant in Georgia v. Trump

36. Griffin Durham Tanner & Clarkson LLC

37. Grohovsky, Julie, *amicus* below

38. Grubman, Scott R., attorney for Kenneth John Chesebro

39. Hall, Scott Graham, Defendant in Georgia v. Trump

40. Hampton, Misty (a/k/a Emily Misty Hayes), Defendant in Georgia v. Trump

41. Harding, Todd A., attorney for Harrison William Prescott Floyd

42. Hogue, Franklin James, attorney for Jenna Lynn Ellis

43. Hogue, Laura Diane, attorney for Jenna Lynn Ellis

44. Jones, Steve C., U.S. District Court Judge for the Northern District of Georgia

45. Kammer, Brian S., attorney for *amici* below

46. Kelley, Emily E., attorney for Mark R. Meadows

47. Kutti, Trevian C., Defendant in Georgia v. Trump

48. Lake, Anthony C., attorney for David James Shafer

49. Latham, Cathleen Alston, Defendant in Georgia v. Trump

50. Lee, Stephen Cliffgard, Defendant in Georgia v. Trump

51. Little, Jennifer L., attorney for Donald J. Trump

52. Luttig, J. Michael, *amicus* below

53. MacDougald, Harry W., attorney for Jeffrey B. Clark

54. McAfee, Scott, Fulton County Superior Court Judge

55. McFerren, William Coleman, attorney for Shawn Micah Tresher Still

56. McGuireWoods, LLP

57. Meyer, Joseph Michael, attorney for *amici* below

58. Moran, John S., attorney for Mark R. Meadows

59. Morgan, John Thomas III, attorney for *amici* below

60. Morris, Bruce H., attorney for Ray Stallings Smith, III

61. Ney, Adam, Fulton County District Attorney's Office

62. Novay, Kristen Wright, attorney for Ray Stallings Smith, III

63. Palmer, Amanda, attorney for Ray Stallings Smith, III

64. Parker, Wilmer, attorney for John Charles Eastman

65. Pierson, Holly Anne, attorney for David James Shafer

66. Powell, Sidney Katherine, Defendant in Georgia v. Trump

67. Rafferty, Brian T., attorney for Sidney Katherine Powell

68. Ragas, Arnold M., attorney for Harrison William Prescott Floyd

69. Raul, Alan Charles, *amicus* below

70. Rice, Richard A., Jr., attorney for Robert David Cheeley

71. Roman, Michael A., Defendant in Georgia v. Trump

72. Rood, Grant H., Fulton County District Attorney's Office

73. Sadow, Steven H., attorney for Donald J. Trump

74. Saldana, Sarah R., *amicus* below

75. Samuel, Donald Franklin, attorney for Ray Stallings Smith, III

76. Shafer, David James, Defendant in Georgia v. Trump

77. Smith, Ray Stallings, III, Defendant in Georgia v. Trump

78. Still, Shawn Micah Tresher, Defendant in Georgia v. Trump

79. Terwilliger, George J., III, attorney for Mark R. Meadows

80. Trump, Donald J., Defendant in Georgia v. Trump

81. Twardy, Stanley A. Jr., *amicus* below

82. Volchok, Daniel, attorney for *amici* below

83. Wade, Nathan J., Fulton County District Attorney's Office

84. Wade & Campbell Firm

No. 23-13368, *State of Georgia v. Clark*

85. Wakeford, Francis McDonald IV, Fulton County District Attorney's Office

86. Waxman, Seth P., attorney for *amici* below

87. Weld, William F., *amicus* below

88. Wertheimer, Fred, attorney for *amici* below

89. Willis, Fani T., Fulton County District Attorney's Office

90. Wilmer Cutler Pickering Hale and Dorr LLP

91. Wooten, John William, Fulton County District Attorney's Office

92. Wu, Shan, *amicus* below

93. Young, Daysha D'Anya, Fulton County District Attorney's Office

Respectfully submitted, this 9th day of November, 2023.

| **CALDWELL, CARLSON, ELLIOTT & DELOACH, LLP** | **BERNARD & JOHNSON, LLC** |
|---|---|
| /s/ Harry W. MacDougald<br>Harry W. MacDougald<br>Ga. Bar No. 463076<br>Two Ravinia Drive<br>Suite 1600<br>Atlanta, GA 30346<br>(404) 843-1956<br>hmacdougald@ccedlaw.com | /s/ Catherine S. Bernard<br>Catherine S. Bernard<br>Ga. Bar No. 505124<br>5 Dunwoody Park, Suite 100<br>Atlanta, Georgia 30338<br>Direct phone: 404.432.8410<br>catherine@justice.law |

Attorneys for Jeffrey B. Clark

## CERTIFICATE OF COMPLIANCE

I certify under Fed. R. App. P. 5(c)(1) that this petition contains 864 words, excluding those parts exempted under Fed. R. App. P. 32(f). I further that certify this brief complies with type-volume limitations under Fed. R. App. P. 32(g) as it is written in proportionally-spaced, 14-point Times New Roman font using Microsoft Office Word.

This 9th day of November, 2023.

> */s/ Harry W. MacDougald*
> Georgia Bar No. 463076
> Attorney for Jeffrey B. Clark

CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

No. 23-13368, *State of Georgia v. Clark*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing ***Certificate of Interested Persons*** was hereby filed on this 9th day of November 2023 with the Court's electronic filing system which causes service to be made upon all counsel of record.

This 9th day of November, 2023.

<u>/s/ Harry W. MacDougald</u>
Georgia Bar No. 463076
Attorney for Jeffrey B. Clark


CALDWELL, CARLSON, ELLIOTT & DELOACH LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com