# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13368

_____

STATE OF GEORGIA,

                                                                         Plaintiff-Appellee,

*versus*

JEFFREY BOSSERT CLARK,

                                                                         Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03721-SCJ

_____

Before ROSENBAUM, LUCK, and BRASHER, Circuit Judges.

| 2 | Order of the Court | 23-13368 |

BY THE COURT:

    Defendant-Appellant Jeffrey Bossert Clark's "Motion to Supplement the Motion for Stay Pending Appeal with New Exhibits" is DENIED AS MOOT.