# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13368

_____

STATE OF GEORGIA,

                              Plaintiff-Appellee,

*versus*

JEFFREY BOSSERT CLARK,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03721-SCJ

_____

| 2 | Order of the Court | 23-13368 |

Before William Pryor, Chief Judge, Wilson, Jordan, Rosenbaum, Jill Pryor, Newsom, Branch, Grant, Luck, Lagoa, Brasher, and Abudu, Circuit Judges.

No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc, the Petition for Hearing En Banc is DENIED AS MOOT. See FRAP 35.